IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOMINIC BEB JOHNSON, <br> AIS #269256 | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:20-CV-615-WKW <br> [WO] |
| WEXFORD HEALTH SERVICE, INC., | ) <br> ) <br> ) | |
| Defendant. | ) | |

## **ORDER**

On August 27, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 4.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Final judgment will be entered separately.

DONE this 6th day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE